United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   FRED AND LINDA KOELLING,

       Debtors.
_____/

QMECT, INC.,

       Plaintiff,

   v.

BURLINGAME CAPITAL PARTNERS, II, L.P.; ELECTROCHEM FUNDING, LLC,

       Defendants.
_____/

No. C 06-7796 PJH/
BK Case No. 04-46443 LT

**ORDER REFERRING MOTION FOR EXTENSION OF TIME TO DESIGNATE RECORD TO BANKRUPTCY COURT**

The court is in receipt of debtors Linda and Fred Koelling's December 22, 2006 letter requesting an extension of time to designate the record on appeal. Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 8006, this request should have been directed to the bankruptcy court, namely the Honorable Leslie Tchaikovsky. Because it appears that the Koellings submitted the request to this court in error, the clerk of this court is ORDERED to transmit, along with a copy of this order, a copy of the December 22, 2006 motion for an extension of time to the bankruptcy court for consideration pursuant to FRBP 8006.

Dated: January 5, 2007

**IT IS SO ORDERED.**

_____
PHYLLIS J. HAMILTON
United States District Judge