United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  FRED AND LINDA KOELLING,

    Debtors/Appellants/
    Cross-Appellees.
_____/

QMECT, INC.,

    Debtor/Plaintiff,

    v.

BURLINGAME CAPITAL PARTNERS, II,
L.P.; ELECTROCHEM FUNDING, LLC,

    Defendants/Appellees/
    Cross-Appellants.
_____/

No. C 06-7796 PJH

BK Case Nos. 04-46443 T
                 04-41044 T

Adv. Case Nos. 04-4190 AT
                  04-4365 AT
                  04-4366 AT

**BRIEFING ORDER RE: SECOND MOTION TO DISMISS**

On August 8, 2007, appellees/cross-appellants' Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC (collectively "Burlingame") filed a second motion to dismiss appellants/cross-appellees Linda and Fred Koelling's ("Koellings") bankruptcy appeal as untimely. The motion will be decided on the papers. The Koellings' opposition is due no later than **fourteen days** from the date of this order, August 23, 2007. Burlingame's reply,

if any, is due no later than **twenty-one days** from the date of this order, August 30, 2007. Given the numerous delays in this case to date, the parties are advised that no continuances of this briefing schedule will be granted. In the opposition and reply briefs, the parties should address the timeliness of Burlingame's subsequent motion to dismiss in addition to the merits of the motion.

Additionally, the parties are further advised that the filing of this motion will have no impact on the briefing schedule of the cross-appeals as set forth in this court's July 10, 2007 order denying Burlingame's first motion to dismiss. The briefs on the merits of the cross-appeals remain due in accordance with the deadlines set by that order, and no continuances will be granted.

**IT IS SO ORDERED.**

Dated: August 9, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge