**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8

9 In re:   FRED AND LINDA KOELLING,

10          Debtors/Appellants/
         Cross-Appellees.

11 _____/

12 QMECT, INC.,

13          Debtor/Plaintiff,

No. C 06-7796 PJH

14

BK Case Nos. 04-46443 T

15                 04-41044 T

16 Adv. Case Nos. 04-4190 AT

               04-4365 AT

17                04-4366 AT

18

19     v. **ORDER DISMISSING APPEAL
AND CROSS-APPEAL**

20 BURLINGAME CAPITAL PARTNERS, II,
L.P.; ELECTROCHEM FUNDING, LLC,

21

22          Defendants/Appellees/
         Cross-Appellants.

23 _____/

24       Pursuant to the parties' stipulation of dismissal submitted today and Federal Rule of

Bankruptcy Procedure 8001(c)(2), the appeal and cross-appeal are DISMISSED.

25 **IT IS SO ORDERED.**

26 Dated: August 13, 2007

27

28 _____
PHYLLIS J. HAMILTON
United States District Judge