United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  FRED AND LINDA KOELLING,

    Debtors/Appellants/
    Cross-Appellees.
_____/

QMECT, INC.,

    Debtor/Plaintiff,

    v.

BURLINGAME CAPITAL PARTNERS, II,
L.P.; ELECTROCHEM FUNDING, LLC,

    Defendants/Appellees/
    Cross-Appellants.
_____/

No. C 06-7796 PJH

BK Case Nos. 04-46443 T
                04-41044 T

Adv. Case Nos. 04-4190 AT
                  04-4365 AT
                  04-4366 AT

**JUDGMENT**

Pursuant to the order entered today, the bankruptcy appeal and cross-appeal are DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge